**Bethany CROSS, Respondent,**

v.

**MEDICAP PHARMACY, Appellant.**

**No. WD 64846.**

Missouri Court of Appeals, Western District.

Jan. 17, 2006.

Richard J. Fitzgerald, St. Louis, MO, for appellant.

Roger G. Brown, Jefferson City, MO, George E. Fitzsimmons, Co-Counsel, St. Louis, MO, for respondent.

Before SMART, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Employer-insurer appeals the Industrial and Labor Relations Commission's final award of a thirty-five percent permanent partial disability to the respondent. Two points were raised: (1) lack of substantial competent evidence of a causal relationship of injuries to work, and (2) lack of specificity as to award calling for continuing medical treatment. Affirmed. Rule 84.16(b).